992 So.2d 291 (2008)
John PITA, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-2741.
District Court of Appeal of Florida, Third District.
September 17, 2008.
Rehearing and Rehearing En Banc Denied October 31, 2008.
Robbins, Tunkey, Ross, Amsel, Raben & Waxman and Benjamin S. Waxman, for appellant.
Bill McCollum, Attorney General, and Jill D. Kramer and Lisa A. Davis, Assistant Attorneys General, for appellee.
Before GERSTEN, C.J., ROTHENBERG, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See § 794.011(3), Fla. Stat. (2002); Belcher v. State, 961 So.2d 239, 256 (Fla.) cert. denied, ___ U.S. ___, 128 S.Ct. 621, 169 L.Ed.2d 400 (2007); Fotopoulos v. State, 608 So.2d 784 (Fla. 1992).